# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JIMMY PORTER

NO. 2023 KW 0679

SEPTEMBER 25, 2023

---

In Re:    Jimmy Porter, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 589201.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.** Relator should seek enforcement from the court that issued the order.

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT